**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 19-2026**

In re:  TINDRICK ZEIGLER,

Petitioner.

On Petition for Writ of Mandamus.  (5:17-hc-02044-FL)

Submitted:  November 19, 2019                Decided:  November 21, 2019

Before WILKINSON and RICHARDSON, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Petition denied by unpublished per curiam opinion.

Tindrick Zeigler, Petitioner Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Tindrick Zeigler petitions for a writ of mandamus, alleging the district court has unduly delayed acting on his petition for habeas corpus under 28 U.S.C. § 2241 (2012). He seeks an order from this court directing the district court to act. Our review of the district court's docket reveals that the district court denied relief on Zeigler's petition on September 23, 2019. Accordingly, because the district court has recently decided Zeigler's case, we deny the mandamus petition as moot and deny his motion to expedite. We grant leave to proceed in forma pauperis. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*